

48469/GAF:klh

Lucy Edwards
99-CR-914-02(SWK)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION DEPARTMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 7-8-11

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[X] Allow Probation To Expire As Scheduled on July 25, 2011.

[ ] Other

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________
Signature of Judicial Officer
Part I

______________________
Date July 6, 2011